David Ali Chami (SBN 027585)
Chami Law Firm, PLLC
1204 E. Baseline Road, Suite 102
Tempe, AZ 85283
Tel: (866) 881-2133
Fax: (866) 401-1457
David@chamilawfirm.com
Attorney for Plaintiff,
Teanna Bostwick

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Teanna Bostwick, | No. 2:15-cv-00142-HRH |
|---|---|
| Plaintiff, | **Notice of Voluntary Dismissal** |
| v. | |
| Integrity Solution Services, Inc., | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, TEANNA BOSTWICK ("Plaintiff"), through her attorney, CHAMI LAW FIRM, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, INTEGRIRTY SOLUTION SERVICES, INC.

RESPECTFULLY SUBMITTED,

DATED: April 10, 2015          By: /s/ David Ali Chami
                               David Ali Chami (SBN 027585)
                               Chami Law Firm, PLLC
                               Attorney for Plaintiff
                               Teanna Bostwick

**CERTIFICATE OF SERVICE**

On April 10, 2015, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense counsel, Samuel Ford, at sford@sessions-law.biz.

By: /s/ David Ali Chami
David Ali Chami

2